1:22mj2232

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Jeremy Ice, being duly sworn, hereby state as follows:

1. I am currently a Task Force Officer with the Drug Enforcement Administration (DEA), where I have been of service since October of 2020.

2. From October 2020 to present, I have been assigned to the DEA Cleveland District Office (CDO), which is a multi-agency working group formed for the purpose of investigating drug related offenses occurring in/or around the CDO designated area of responsibility. I have participated in multiple narcotics investigations with the DEA.

3. I have experience investigating drug trafficking offenses. I have participated in investigations involving cocaine, marijuana, methamphetamine, heroin, fentanyl and various other controlled substances. These investigations have resulted in arrests, convictions, and the issuance of search warrants. I have received specialized training in the enforcement of laws concerning controlled substances as found in Title 21, United States Code. In connection with my duties as a Federal law enforcement officer, I have executed search warrants and have testified in judicial proceedings for violations of laws.

4. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, section 2510(7), in that I am empowered by law to conduct investigations and make arrests for offenses enumerated in Title 18, United States Code, Section 2516.

5. This affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint and warrant that on November 9, 2022, Michael GOODE, violated Title 21 U.S.C. § 841(a)(1) and (b)(1)(C) (Possession with Intent to Distribute a Controlled Substance), in the Northern District of Ohio, Eastern Division. As such, this affidavit does not include every fact known to your Affiant regarding this investigation, but will seek to summarize the relevant information. Your Affiant is familiar with the facts and circumstances of the offenses described in this Affidavit based upon Affiant's obtaining information from law enforcement and Affiant's work. Except as otherwise noted, the information set forth in this Affidavit has been provided to your Affiant by members of the Drug Enforcement Administration (DEA), or other law enforcement officers. Unless otherwise noted, whenever in this Affidavit your Affiant asserts that a statement was made, the information was provided by another law enforcement officer (who may have had either direct or hearsay knowledge of the statement) to whom Affiant has spoken or whose forms Affiant has read and reviewed. Likewise, any information pertaining to vehicles and/or

registrations, personal data on subjects, and record checks has been obtained through law enforcement databases.

## PROBABLE CAUSE

6. On November 8, 2022, DEA Task Force Officer Jeremy Ice obtained a drug search warrant in the Northern District of Ohio under case number 1:22mj2217 and authorized by the Honorable U.S. Magistrate Judge James Grimes Jr. for 720 Bellevue Avenue Akron, Ohio.  This address is known to be occupied by Michael GOODE Jr.  In addition, TFO Jeremy Ice obtained a drug search warrant in the Northern District of Ohio under case number 1:22mj2218 and authorized by the Honorable U.S. Magistrate Judge James Grimes Jr. for 993 Lovers Lane Akron, Ohio 44306.  This address is also known to be occupied by Michael GOODE Jr.

7. On November 9, 2022 at approximately 7:00 a.m., DEA and other law enforcement personnel executed the federal search warrant issued for 720 Bellevue Avenue Akron, Ohio.  Upon entry, GOODE Jr was detained and advised of his *Miranda Rights*.  GOODE Jr acknowledged his rights and signed a waiver of Miranda.

8. Investigators proceeded with the search of 720 Bellevue Avenue Akron, Ohio, wherein a Glock 26 (9mm), a Glock 42 (9mm), a black digital scale with suspected drug residue, small bag containing 33 grams of suspected marijuana and 2 iPhones were found.

9. Also, on November 9, 2022 at approximately 7:00 a.m., law enforcement personnel executed the federal search warrant issued for 993 Lovers Lane Akron, Ohio.  Upon entry, the residence was secured with Michael GOODE's father and juvenile brother being present.  Investigators initiated a search of the property wherein (2) digital scales, (45) 12-gauge shotgun shells, (218) 9mm rounds, (49) .380 rounds, (54) 9mm rounds, (2) digital scales, (27) 9mm rounds, (81) 7.65 rounds, (85) .32 rounds, (8) 9mm rounds,  a Taurus G2C Model PT111 (9mm) firearm, a  Ronamarm SA-CLGIR WASR10 7.62mm (AK47)  rifle, a Mossberg Model 88 12 gauge shotgun, and a Smith and Wesson M&P Shield (9mm), with an obliterated serial number.  Additionally, investigators also located a plastic baggie containing 33 grams of suspected cocaine, a plastic baggie containing 41 grams of suspected cocaine, a plastic baggie containing 42 grams of suspected crystal methamphetamine, a plastic baggie containing pink pill fragments which are suspected to be an illegal substance, a plastic baggie containing 33 grams of suspected heroin, a plastic baggie containing 35 grams of suspected cocaine, 8 plastic baggies containing 230 gross grams of crystal methamphetamine (field tested positive), a plastic baggie containing 32 grams of suspected cocaine, a plastic baggie containing 31 grams of suspected crack cocaine, 6 plastic baggies containing 95 grams of suspected marijuana, 2 plastic baggies containing 87 grams of suspected marijuana, a plastic baggie containing 5 white pill fragments suspected of being an illegal substance, and a plastic baggie containing 33 grams

of suspected marijuana were found.  993 Lovers Lane is the address that Michael GOODE provided to his Federal Probation Officer and his Medina County Probation Officer as his address of residence.  Investigators learned that Michael GOODE Jr rents a room from his father Michael Goode Sr and further that Michael GOODE Jr has access to the residence at all times and is free to move anywhere throughout the house.

10.  Meanwhile, as investigators were conducting the search, GOODE Jr, who waived Miranda was interviewed by TFO Jeremy Ice and Special Agent Bill Meholif. GOODE Jr was asked about the ownership of the firearms found at the Bellevue address.  GOODE Jr acknowledged the presence of the weapons stating that the guns were not his, but that he was holding them for a friend of his.  Later, TFO Ice, along with TFO Daley, asked GOODE Jr about the firearms located at the Lovers Lane address, GOODE Jr stated that he is a collector of firearms and that he uses the guns for protection due to his father being severally assaulted in a home invasion/robbery at the Lovers Lane address.  GOODE Jr also made statements referring to that he has an Ohio Carry Concealed Weapons License (CCW) and that Ohio is an open carry state.  However, he continued to state that he does not drive around carrying them because he might get in trouble.  GOODE Jr did not provide any knowledge about the drugs found at either residence when interviewed.  Shortly, thereafter, GOODE Jr was arrested and transported to the Summit County Jail.

11. Based on my training and experience, and the totality of the items recovered, the amount of Methamphetamine was consistent with a distribution quantity.  Further, the recovered suspected methamphetamine consisted of numerous doses, well beyond personal use.

12. Based on the preceding, I believe that probable cause exists to believe that Michael GOODE Jr has violated Title 21 U.S.C. § 841(a)(1) (b)(1)(c) (Possession with Intent to Distribute a Controlled Substance), in support of the Criminal Complaint and Warrant.

_____
Jeremy Ice
Task Force Officer
Drug Enforcement Administration

This affidavit was sworn to by the affiant by telephone after a PDF was transmitted by email, per Crim R. 41(d)(3), this 10th  day of November, 2022.

James E. Grimes Jr., United States Magistrate Judge